IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT FENN,

     Appellant,

v.                                                                          Case No.  5D16-1779

U.S. BANK, N.A., BANK OF AMERICA,
LASALLE BANK NATIONAL ASSOCIATION
AND ANDRITA KING-FENN,

     Appellees.

_____/

Opinion filed November 22, 2016

Appeal from the Circuit Court
for Orange County,
John Marshall Kest, Judge.

Robert Fenn, Winter Garden, pro se.

Joseph M. Reichert, and Manuel S.
Hiraldo, of Blank Rome LLP, Ft.
Lauderdale, for Appellee, U.S. Bank,
N.A., Etc.

No appearance for other appellees.


PER CURIAM.


     AFFIRMED.  See Fla. R. App. P. 9.315(a).



LAWSON, C.J., ORFINGER, and EVANDER, J.J., concur.